IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MELFIN ARCINIO GARCIA-OLIVARES,<br><br>　　　　　Defendant. | 4:13CR3072<br><br>**MEMORANDUM AND ORDER** |

Upon review of the court's record motion of defense counsel for continuance of the pretrial motion deadline, (Filing No. 21), the requested continuances will necessitate continuing the trial. There is no indication the defendant was advised of, or consented to the filing of, a motion to continue.

Accordingly,

IT IS ORDERED:

1)　Defense counsel's motion to continue the pretrial motion deadline, (Filing No. 21), is denied.

2)　Trial of this case remains set to commence on August 13, 2013.

Dated this 2nd day of August, 2013.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge