IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:13CR3072** |
| vs. | **ORDER** |
| MELFIN ARCINIO GARCIA-OLIVARES, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing 44) is granted.

2. Defendant Melfin Arcinio Garcia-Olivares' sentencing is continued to January 29, 2014, at 12:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 8th day of January, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge